UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| United States of America, | ) | |
|---|---|---|
| | ) | C/A No. 4:08-1252 |
| vs. | ) | |
| | ) | ORDER |
| Sonny Lavoris Mack | ) | |
| _____ | ) | |

This matter is before the Court on remand from the Fourth Circuit Court of Appeals, which granted the government's unopposed motion to remand the case to this Court for re-sentencing. The government is directed to file, by May 17, 2010, a brief for this Court outlining the procedure of the case since sentencing, as well as the government's position as to sentencing on remand and the relevant supporting legal authority. The defendant shall have until June 1, 2010 to respond to the government's brief, if he so desires.

IT IS SO ORDERED.

s/ Terry L. Wooten
Terry L. Wooten
United States District Judge

May 3, 2010
Florence, South Carolina