IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America | ) | CA. No. 4:08-cr-1252 |
| | ) | |
| vs. | ) | |
| | ) | |
| Sonny Lavoris Mack, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant filed a motion requesting copies of his sentencing transcript and other public records. (ECF No. 218). Regarding the transcript request, Title 28 U.S.C. § 753(f) provides that the Court Reporter is permitted to charge a fee for transcripts in proceedings unless: (1) the defendant is proceeding *in forma pauperis* and (2) the trial or circuit judge certifies that the suit is not frivolous and that the transcript is needed to decide the matter. The defendant has not been authorized to proceed *in forma pauperis*. Furthermore, his suit has not been certified as non-frivolous; indeed, he has not even indicated for what purposes he is seeking these documents. Thus, he is not entitled to a free sentencing transcript. The defendant may contact the Court Reporter to purchase a copy of his sentencing transcript.

Regarding the request for additional public records, Local Rule 83.III.03 provides that "[a]ny person may obtain copies of public records from the clerk of court upon payment of copying fees." Pursuant to Title 28 U.S.C. § 1914, the United States District Court for the District of South Carolina requires that all fees due to the Clerk of Court be paid in advance unless (1) the party has been authorized to proceed *in forma pauperis*, (1) the party is otherwise exempt by law, or (3) the party is otherwise permitted to proceed as ordered by the Court. Standing Order, <u>In re: Advance Payment of Fees to the United States District Court, District of South Carolina</u>, No. 94-mc-178

(D.S.C. August 12, 1994). Because the defendant has not been authorized to proceed *in forma pauperis* and has not otherwise shown that he is exempt from payment of fees, he may contact the Clerk of Court to obtain public records upon payment of the copying fees.

    **IT IS SO ORDERED**.

                                                    s/Terry L. Wooten\
                                                    Chief United States District Judge

July 30, 2015\
Columbia, South Carolina